```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO


BRIAN A. CRAWFORD,                )    CASE NO. 1:09 CV 1466
                                  )
          Petitioner,             )    JUDGE CHRISTOPHER A. BOYKO
                                  )
     v.                           )
                                  )    ORDER OF DISMISSAL
PHILLIP KERNS,                    )
                                  )
          Respondent.             )
```

Brian A. Crawford filed this habeas corpus action on June 29, 2009, along with a Motion to Stay Proceedings. This action is hereby dismissed without prejudice, pending exhaustion of Crawford's state court remedies. Petitioner may file a Motion to Reopen this case upon exhaustion of said remedies.

IT IS SO ORDERED.

S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

July 30, 2009